**Order entered January 31, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01324-CR

**UNG T. LE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-53089-V**

## ORDER

The reporter's record was due December 21, 2016. By postcard dated December 22, 2016, we notified court reporter Peri Wood that the reporter's record was overdue and directed her to file it within thirty days. To date, the reporter's record has not been filed and we have had no communication from Ms. Wood.

Therefore, we **ORDER** court reporter Peri Wood to file, **on or before February 14, 2017**, the complete reporter's record in this appeal. Ms. Wood is cautioned that should she fail to file the complete reporter's record within the time designated, the Court will utilize its available remedies, which may include ordering Ms. Wood not sit, to ensure compliance.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to Peri Wood, official court reporter of 292nd Judicial District Court; and to all counsel.


/s/     LANA MYERS
         JUSTICE